STARK COUNTY BAR ASSOCIATION *v.* OSBORNE.

[Cite as Stark Cty. Bar Assn. *v.* Osborne (1982), 1 Ohio St. 3d 140.]

(D.D. No. 82-15—Decided August 4, 1982.)

*Mr. Charles W. Kettlewell, Mr. Eugene Andrews* and *Mr. Victor R. Marsh, Jr.,* for relator.

*Mr. Harry W. Schmuck,* for respondent.

*Per Curiam.* Upon examination of the record and the findings of the

board of commissioners, we conclude there is ample evidence to justify the board's findings that respondent violated DR 1-102(A)(5) and (6), and DR 4-101(B)(3), DR 5-101(A), DR 5-104(A) and DR 5-105(A) and (B) of the Code of Professional Responsibility.

Accordingly, respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.